UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. HALE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EBARA INTERNATIONAL CORPORATION, a foreign corporation with its principal place of business in Sparks, Nevada; SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:16-cv-00057-LRH-VPC<br><br>**NOTICE OF VOLUNTARY DISMISSAL ONESOURCE VIRTUAL, INC. f/k/a ONE SOURCE VIRTUAL HR, INC. WITH PREJUDICE**<br><br>**AND ORDER THEREON** |
| EBARA INTERNATIONAL CORPORATION, a foreign corporation,<br><br>　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>ONESOURCE VIRTUAL, INC. f/k/a ONE SOURCE VIRTUAL HR, INC., a foreign corporation,<br><br>　　　　　Third-Party Defendant. | |

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Third-Party Plaintiff Ebara International Corporation hereby dismisses its third-party complaint against OneSource Virtual, Inc. f/k/a One Source Virtual HR, Inc. ("OneSource")

filed February 12, 2016 with prejudice. Third-Party Defendant has not yet responded to the complaint

Dated: May 3, 2016

SNELL & WILMER L.L.P.

By: _____
William E. Peterson, No. 1528
Carrie L. Parker, No. 10952
50 West Liberty Street, Suite 510
Reno, Nevada 89501

Attorneys for
Ebara International Corporation

## ORDER

IT IS SO ORDERED.

DATED this 4th day of May, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE