1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH K. HALE,<br><br>              Plaintiff,<br><br>vs.<br><br>EBARA INTERNATIONAL CORPORATION, a foreign corporation with its principal place of business in Sparks, Nevada; SUN LIFE ASSURANCE COMPANY OF CANADA, a foreign corporation and DOES 1-10, inclusive,<br><br>              Defendants. | CASE NO.: 3:16-cv-00057-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Elizabeth K. Hale, by and through her counsel of record Curtis B. Coulter, Defendants Ebara International Corporation, by and through its counsel of record Snell & Wilmer L.L.P., and Sun Life Assurance Company of Canada, by and through its counsel of record Pierce Atwood and Laxalt & Nomura, Ltd., that all of Plaintiff's claims against the Defendants shall be dismissed with prejudice, with each party to bear their own fees and costs.

1  Dated: June 14, 2016                                    CURTIS B. COULTER

                                                           By: /s/ Curtis B. Coulter
                                                           Curtis B. Coulter, No. 3034
                                                           403 Hill Street
                                                           Reno, Nevada 89501

                                                           *Attorneys for Plaintiff*

8  Dated: June 30, 2016                                    SNELL & WILMER L.L.P.

                                                           By: /s/ Carrie L. Parker
                                                           William E. Peterson, No. 1528
                                                           Carrie L. Parker, No. 10952
                                                           50 West Liberty Street, Suite 510
                                                           Reno, Nevada 89501

                                                           *Attorneys for Defendant/Third-Party Plaintiff Ebara International Corporation*

16 Dated: June 30, 2016                                    PIERCE ATWOOD LLP

                                                           By: /s/ Ronald M. LaRocca
                                                           Ronald M. LaRocca (*Pro Hac Vice*)
                                                           Byrne J. Decker (*Pro Hac Vice*)
                                                           254 Commercial Street
                                                           Portland, Maine 04101

                                                           Wayne A. Shaffer, No. 1519
                                                           LAXALT & NOMURA, LTD.
                                                           9600 Gateway Drive
                                                           Reno, Nevada 89521

                                                           *Attorneys for Defendant Sun Life Assurance Company of Canada*

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims made by Plaintiff in the above-referenced complaint(s) against Defendants Ebara International Corporation and Sun Life Assurance Company of Canada are dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED this 11th day of July, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE